The People of the State of Illinois, Plaintiff-Appellee, *v.* Shannon West, Defendant-Appellant.

(No. 73-114;

Second District—June 6, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

William L. Balsley, of Loves Park, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Thomas Sullivan, both of Model District State's Attorneys Office, of counsel), for the People.